DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
DEBRA D. LEW, ESQ. (State Bar # 114537)
COOK, PERKISS & LEW
A PROFESSIONAL LAW CORPORATION
333 Pine Street, Suite 300
San Francisco, CA 94104-3381
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730  Fax: (415) 989-0491
File No. 51.509

Attorneys for Plaintiffs
NEW CONTENDERS, INC.: DILLON PRODUCTIONS, INC.

FILED
JUL 2 3 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| NEW CONTENDERS, INC.: DILLON PRODUCTIONS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>SERGIO CERDA doing business as Acapulco Café, et al.,<br><br>Defendants. | CASE NO. 1:96-cv-06068-OWW-SMS<br><br>[PROPOSED] RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment to and against Defendants SERGIO CERDA doing business as Acapulco Café, et al., entered on July 24, 1997, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment **FOR EACH DEFENDANT**:

| | | |
|---|---|---|
| a. | Total judgment | $15,800.00 |
| b. | Costs after judgment | $ -0- |
| c. | Subtotal (*add a and b*) | $15,800.00 |
| d. | Credits after judgment | $ -0- |
| e. | subtotal (*subtract d from c*) | $15,800.00 |
| f. | Interest after judgment | $ 3,950.00 |

RENEWAL OF DEFAULT JUDGMENT - CASE NO. 96-6068-OWW-SMS        1

```
g. Fee for filing renewal application            $   -0-
h. Total renewed judgment (add e. 5, and g)      $19,750.00
```

DATED: July 23, 2007          CLERK, by _____
                              Deputy

F:\USERS\DJCNEW\CERDA.renewal

# PROOF OF SERVICE

SERGIO CERDA doing business as Acapulco Café
10458 Avenue 416
Sultana, CA 93666

BRIGIDO BENAVIDES
12767 Avenue 416
Orosi, CA 93637

FRANCISCO BENAVIDES
12767 Avenue 416
Orosi, CA 93637

RALPH FLORES
4501 Glendary Court
Bakersfield, CA 93305

GRACELIA NEGRETE
333 Union Avenue
Bakersfield, CA 93305

REVENTON NIGHT CLUB, INC.
333 Union Avenue
Bakersfield, CA 93305

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 333 Pine Street, 3rd Floor, San Francisco, CA 94104. On the date set forth below, I served the attached:

APPLICATION FOR AND RENEWAL OF JUDGMENT

[PROPOSED] RENEWAL OF DEFAULT JUDGMENT

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 19, 2007.

/s/ Karene Jen
Karene Jen